U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 AUG -5 P 4: 17
_____
DEPUTY CLERK

| | |
|---|---|
| **Name:** | Eric Mercado |
| **Address:** (City & State Only) | Lowell, Massachusetts |
| **Year of Birth/Age:** | 1987/ 32 y.o. |
| **Violations:** | **Count 1:** Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a). |
| **Penalties:** | **Count 1:** Imprisonment of not more than 20 years (18 U.S.C. § 1951(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3), or both. <br><br> This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| **Supervised Release:** | **Count 1:** Not more than three years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1:** Not more than two years (18 U.S.C. § 3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1:** Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | FBI; TFO Kyle Kassa |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |

| AUSA: | Daniel J. Perry |
| --- | --- |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count |