2:19cr149-JDC-01

**Indictment Synopsis**

2019 AUG -8 P 3:59

| Name: | Eric Mercado |
|---|---|
| Address:<br>(City & State Only) | Lowell, Massachusetts |
| Year of Birth/Age: | 1987/ 32 y.o. |
| Violations: | **Count 1:** Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a). |
| Penalties: | **Count 1:** Imprisonment of not more than 20 years (18 U.S.C. § 1951(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3), or both.<br><br>This is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). |
| Supervised Release: | **Count 1:** Not more than three years. 18 U.S.C. § 3583(b)(2). |
| Maximum Term of Imprisonment for Violation of Supervised Release: | **Count 1:** Not more than two years (18 U.S.C. § 3583(e)(3)). |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | **Count 1:** Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| Defendant's Attorney: | |
| Primary Investigative Agency and Case Agent Name: | FBI; TFO Kyle Kassa |
| Detention Status: | Detained on Federal Complaint |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | York |

| AUSA: | Daniel J. Perry |
|---|---|
| Guidelines apply? Y/N | Yes |
| Victim Case: | Yes |
| Corporate Victims Owed Restitution: | No |
| Assessments: | $100 per count |