## Superseding Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2019 NOV -7 P 4:00

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Eric Mercado |
| **Address:** (City & State Only) | Lowell, Massachusetts |
| **Year of Birth/Age:** | 1987/ 32 y.o. |
| **Violations:** | **Count 1:** Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951(a). <br><br> **Count 2:** Hobbs Act Robbery, in violation of 18 U.S.C. §1951(a). <br><br> **Count 3:** Discharge/Use of firearm during crime of violence, in violation of 18 U.S.C. 924(c). |
| **Penalties:** | **Counts 1 and 2:** Imprisonment of not more than 20 years (18 U.S.C. § 1951(a)), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3), or both. <br><br> Each is a Class C felony pursuant to 18 U.S.C. § 3559(a)(3). <br><br> **Count 3:** Imprisonment of at least 10 years and not more than life (18 U.S.C. § 924(c), a fine not to exceed $250,000 (18 U.S.C. § 3571(b)(3), or both. <br><br> This is a Class A felony pursuant to 18 U.S.C. § 3559(a)(1). |
| **Supervised Release:** | **Counts 1 and 2:** Not more than three years. 18 U.S.C. §3583(b)(2). <br><br> **Count 3:** Not more than five years. 18 U.S.C. §3583(b)(1). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Counts 1 and 2:** Not more than two years (18 U.S.C. §3583(e)(3)). |

|  |  |
|---|---|
|  | **Count 3**: Not more than three years (18 U.S.C. §3583(e)(3)). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Counts 1 and 2**: Three years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h).<br><br>**Count 3**: Five years less any period of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Robert Levine |
| **Primary Investigative Agency and Case Agent Name:** | FBI; TFO Kyle Kassa |
| **Detention Status:** | Detained |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | No |
| **Assessments:** | $100 per count |